[No. 11491-3-I. Division One. November 22, 1982.]

THE STATE OF WASHINGTON, *Respondent*, v. TODD HANSON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 156590201, Thomas G. McCrea, J.,

entered February 19, 1982. *Reversed* and *remanded* by unpublished per curiam opinion.